Joseph B. GRIGGS, Petitioner,

v.

CAPITOL MACHINE WORKS, INC., an
Active Texas Corporation, Respondent.

No. C–4291.

Supreme Court of Texas.

Nov. 6, 1985.

Rehearing Denied Jan. 15, 1986.

Stephen Nagle & Associates, Stephen
Nagle, Austin, for petitioner.

Brown, Maroney, Rose Barber & Dye,
Ronald D. Wamsted, Austin, for respondent.

PER CURIAM.

In this summary judgment, Joseph
Griggs, the non-movant, failed to comply
with our holding in *City of Houston v.
Clear Creek Basin Authority*, 589 S.W.2d
671 (Tex.1979). No response was made to
the Motion for Summary Judgment filed by
Capitol Machine Works, Inc. Consequent-

ly, Griggs may not be heard to argue in
this court a point he did not present first to
the trial court. *Clear Creek*, 589 S.W.2d at
678.

The trial court granted summary judg-
ment for Capitol Machine Works, Inc., and
the court of appeals affirmed the trial
court's judgment. 690 S.W.2d 287. For
the reasons stated, we refuse the applica-
tion for writ of error, no reversible error.
This disposition should not be construed as
a ruling on any point of error brought to
this court by Petitioner Griggs.